```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA

STATE OF LOUISIANA, ET AL.              CIVIL ACTION
ON BEHALF OF
INSURED(S)/ASSIGNOR(S)/
SUBROGOR(S) EDMUND LATOUR AND
PAMELA JENKINS


VERSUS                                  NO: 13-3497


AMERICAN NATIONAL PROPERTY AND          SECTION: "J"(2)
CASUALTY COMPANY, AMERICAN
NATIONAL GENERAL INSURANCE
COMPANY, AND ANPAC LOUISIANA
INSURANCE COMPANY
```

**ORDER**

    **CONSIDERING** the foregoing **Motion to Dismiss Counts II and III (Rec. Doc. 4),**

    **IT IS ORDERED** that only <u>Count II-Breach of the Implied Covenant of Good Faith and Fair Dealing</u>, Paragraphs XXX - XL, <u>Count III-Breach of Fiduciary Duty</u>, Paragraphs XLI - XLIII, and any relief requested regarding those Counts in Plaintiff's **Supplemental and Amended Complaint Pursuant to Order of Severance Dated April 22, 2013 (Rec. Doc. 1)** be and hereby are dismissed with prejudice.

    **IT IS FURTHER ORDERED** that the State of Louisiana's other

allegations and prayers for relief in Plaintiff's **Supplemental and Amended Complaint Pursuant to Order of Severance Dated April 22, 2013 (Rec. Doc. 1),** including Count I- Breach of Contract, the assignment/subrogation claims asserted by Plaintiff, and the rights the State has obtained from the insured(s)/assignor(s)/subrogor(s) referenced above are not prejudiced or affected by this Order, but instead are full preserved and shall remain in effect as Plaintiff wishes to proceed with the counts/claims/rights against the ANPAC defendants listed above.

    New Orleans, Louisiana, this 28th day of August, 2013.

                                      CARL J. BARBIER
                                      UNITED STATES DISTRICT JUDGE